Peter R. HARVEY; Robert P. Lofblad, Plaintiffs–Appellants–Cross–Appellees,

v.

Roland J. JOYCE, Defendant–Appellee–Cross–Appellant.

No. 06–31239.

United States Court of Appeals, Fifth Circuit.

May 29, 2008.

Beverly A. Delaune, Deutsch, Kerrigan & Stiles, New Orleans, LA, for Plaintiffs–Appellants–Cross–Appellees.

Rachel Wendt Wisdom, Stone, Pigman, Walther & Wittmann, Andrew Lewis Kramer, Elkins & Associates, Henry A. King, King, Leblanc & Bland, New Orleans, LA, for Defendant–Appellee–Cross–Appellant.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

The parties appeal the final judgment of the district court rendered September 28,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

2006, 2006 WL 2803038, for $512,790.00 in favor of Peter R. Harvey and Robert P. Lofblad and against Roland J. Joyce. After a careful review of the record and considering the briefs of the parties and argument of counsel, we are satisfied that the district court committed no reversible error. Therefore, we AFFIRM.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.